UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUINCY MCQUAID,

                          Petitioner,                        18 **CIVIL** 10705 (CS)(AEK)

         -against-                                 **<u>JUDGMENT</u>**

ROBERT MORTON, Superintendent,
Downstate Correctional Facility,

                          Respondent.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 28, 2023, no objections to the Report and Recommendation (the "R&R") have been received. The Court has therefore reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. The Petition is denied. A certificate of appealability will not issue, and any appeal from the order would not be taken in good faith. See 28 U.S.C. 1915(a); Coppedge v. United States, 369 U.S. 438 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      December 29, 2023

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                          **BY:**     *K. Mango*

                                                              **Deputy Clerk**